✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

EASTERN                      **District of**                      CALIFORNIA

JERMEY SCOTT BOWTHORPE,                    **ORDER ON APPLICATION**
            Plaintiff                                       **TO PROCEED WITHOUT**
                                                            **PREPAYMENT OF FEES**
            V.

COMMISSIONER of SOCIAL SECURITY,           CASE          1:13-CV-01573-BAM
            Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
    copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
    costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   1st   day of   October   ,   2013   .

_____
            /s/ Barbara A. McAuliffe
            Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
            Name and Title of Judicial Officer