# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT BOWTHORPE, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:13-cv-01573-BAM <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and include June 27, 2014, in which to file Plaintiff's opening brief. All other deadlines set forth in the October 2, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **June 2, 2014**                  /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.